IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ETHANOL CAPITAL MANAGEMENT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3176 |
| | ) | |
| v. | ) | |
| | ) | |
| DEWEESE BIOFUELS, and | ) | ORDER SCHEDULING HEARING ON |
| REPUBLICAN VALLEY ETHANOL, | ) | PLAINTIFF'S MOTION FOR |
| | ) | TEMPORARY RESTRAINING ORDER |
| Defendants. | ) | AND NOTICE OF HEARING |
| | ) | |

    IT IS ORDERED that the hearing on the Motion for Temporary Restraining Order, filing 3, shall commence at 2:00 p.m. on July 28, 2006, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.

    Dated July 26, 2006.

                      BY THE COURT

                      s/ Warren K. Urbom
                      United States Senior District Judge