IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ETHANOL CAPITAL MANAGEMENT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEWEESE BIOFUELS, and ) <br> REPUBLICAN VALLEY ETHANOL, ) <br> ) <br> Defendants. ) <br> ) | 4:06CV3176 <br><br> ORDER SCHEDULING HEARING ON <br> PLAINTIFF'S MOTION FOR <br> TEMPORARY RESTRAINING ORDER <br> AND NOTICE OF HEARING |

    IT IS ORDERED that the hearing on the Motion for Temporary Restraining Order, filing 3, shall commence at 2:00 p.m. on July 28, 2006, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.

    Dated July 26, 2006.

                      BY THE COURT

                      s/ Warren K. Urbom
                      United States Senior District Judge