IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ETHANOL CAPITAL MANAGEMENT, L.L.C. | ) ) ) | Case No. 4:06CV3176 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| DEWEESE BIOFUELS, L.L.C., et al., | ) ) | |
| Defendants. | ) | |

This matter is before the Court on the motion to withdraw by David R. Buntain, Charles M. Pallesen, Jr., and Michael C. Pallesen (Filing No.25).

IT IS THEREFORE ORDERED that David R. Buntain, Charles M. Pallesen, Jr., and Michael C. Pallesen's Motion to Withdraw, filing 25, is granted, effective upon the filing of a certificate of service or affidavit indicating that the defendants have been served with a copy of this order.

Dated this 24th day of August, 2006.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge

L0707530.1