IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ETHANOL CAPITAL MANAGEMENT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3176 |
| | ) | |
| v. | ) | |
| | ) | |
| DEWEESE BIOFUELS, L.L.C., | ) | ORDER |
| REPUBLICAN VALLEY ETHANOL, | ) | |
| L.L.C., STEVE CLABAUGH, | ) | |
| PAMELA MAYNARD and CLAY | ) | |
| RAWHOUSER, | ) | |
| | ) | |
| Defendants. | ) | |

Upon consideration of defendants' motion for extension of time and the objection thereto,

IT IS ORDERED:

1. Plaintiff's objection, filing 29, is sustained in part and overruled in part.

2. Defendants' motion for time, filing 28, is granted in part and defendants are given until October 6, 2006 to answer or otherwise plead.

DATED this 22nd day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge