```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ETHANOL CAPITAL MANAGEMENT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3176 |
| | ) | |
| v. | ) | |
| | ) | |
| DEWEESE BIOFUELS, L.L.C., | ) | ORDER |
| REPUBLICAN VALLEY ETHANOL, | ) | |
| L.L.C. and CLAY RAWHOUSER, | ) | |
| STEVE CLABAUGH, and PAMELA | ) | |
| MAYNARD, | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court *sua sponte*. On August 3, 2006, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. No such report has been received by the court.

Accordingly,

IT IS ORDERED, the parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) on or before November 2, 2006, or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 18th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge