IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ETHANOL CAPITAL MANAGEMENT, LLC, | ) ) ) | |
| Plaintiff, | ) ) | 4:06CV3176 |
| v. | ) ) | |
| DEWEESE BIOFUELS, L.L.C., REPUBLICAN VALLEY ETHANOL, L.L.C., STEVE CLABAUGH, PAMELA MAYNARD, and CLAY RAWHOUSER, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The parties are given ten days to comply with the court's order of December 20, 2006, filing 35.

DATED this 12th day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge