IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ETHANOL CAPITAL MANAGEMENT, LLC, | ) ) ) | |
| Plaintiff, | ) ) | 4:06CV3176 |
| v. | ) ) | |
| DEWEESE BIOFUELS, L.L.C., REPUBLICAN VALLEY ETHANOL, L.L.C., STEVE CLABAUGH, PAMELA MAYNARD, and CLAY RAWHOUSER, | ) ) ) ) ) | ORDER OF DISMISSAL |
| Defendants. | ) ) | |

　　　　IT IS ORDERED pursuant to the Stipulation of Dismissal With Prejudice, filing 51, that the above-captioned action is dismissed, with prejudice, with each party to bear its own costs and attorney fees.

　　　　Dated March 26, 2007.

　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　s/ Warren K. Urbom
　　　　　　　　　　　　　　　　United States Senior District Judge